

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00360-CV

## IN RE JOHN W. HEATON AND WIFE, LINDA R. HEATON
## AS CO-TRUSTEES UNDER A TRUST AGREEMENT
## DATED JANUARY 20, 2004, AND JAMES EDWARD REED,
## TRUSTEE OF THE JAMES EDWARD REED REVOCABLE TRUST

## Original Proceeding

## MEMORANDUM  OPINION

We grant Relators' motion to withdraw their petition for writ of mandamus and

dismiss the petition.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed October 31, 2013
[OT06]